UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
C. TRANSPORT PANAMAX LTD.,

                Plaintiff,

        -against-                                08 Civ. 7744 (LAK)

C & MERCHANT MARINE CO. LTD., et al.,

                Defendants.
------------------------------------------x
INTERNATIONAL BUNKER MARINE SERVICES K.K.,

                Plaintiff,

        -against-                                08 Civ. 7930 (LAK)

C & MERCHANT MARINE CO. LTD., et al.,

                Defendants.
------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Each plaintiff shall show cause, on or before November 10, 2009, why the process of maritime attachment previously issued on its application in this action should not be vacated or modified and its action dismissed in light of *Shipping Corp. of India Ltd. v. Jaldhi Overseas Pte Ltd.*, Nos. 08-3477-cv(L), 08-3758-cv(XAP), (2d Cir. Oct. 16, 2009).

        SO ORDERED.

Dated:        October 26, 2009

                                                          Lewis A. Kaplan
                                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 10/26/09